# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2183
Lower Tribunal No. 15-27170

_____

**Michael Licor,**
Appellant,

vs.

**The Bank of New York Mellon, etc., et al.,**
Appellees.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

The Law Office of Niles B. Whitten, PLLC, and Niles B. Whitten (Gainesville), for appellant.

Padgett Law Group, and Heather L. Griffiths (Tallahassee); Martinez Law Group, PLLC, and Jeissa Martinez, for appellees.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.